**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**TRANSCENDENT LIMITED PARTNERSHIP**                    **PLAINTIFF**

**VS.**                 **Civil Action No. 4:05cv231-P-B**

**GREENBELT DEVELOPMENT PARTNERS,
INC., ET AL.**                   **DEFENDANTS**

**ORDER GRANTING ENLARGEMENT OF
TIME TO ANSWER OR OTHERWISE RESPOND**

This cause having come before the Court on the motion of Defendant Planters Bank & Trust Company pursuant to FED.R.CIV.P. 6(b) for an enlargement of time within which to answer or otherwise respond in this cause and the Plaintiff having no objection to the enlargement of time and the Court, being otherwise fully advised in the premises, finds that said motion is well taken and should be granted.

**IT IS THEREFORE ORDERED** that the time for Defendant Planters Bank & Trust Company to answer or otherwise respond in this cause be, and the same in hereby, enlarged until November 23, 2005.

**THIS,** the 4th day of November, 2005.

/s/ Eugene M. Bogen
**U. S. MAGISTRATE JUDGE**

**APPROVED:**

/s/  Paul Mathis, Jr.
PAUL MATHIS, JR., MSB No. 8993
**PAUL MATHIS, LLP**
540 Main Street, Suite 300
P. O. Box 936
Greenville, MS  38792-0936
Telephone:     (662) 332-6660
Facsimile:      (662) 332-6668
Attorney for Transcendent Limited Partnership