## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION

**TRANSCENDENT LIMITED PARTNERSHIP**                      **PLAINTIFF**

**VS.**                            **CIVIL ACTION NO.: 4:05CV231-P-B**

**GREENBELT DEVELOPMENT PARTNERS,
INC., GREENBELT DEVELOPMENT PARTNERS
1, LLC, JOHN DOE and other UNKNOWN
DEFENDANTS acting in concert with GREENBELT
DEVELOPMENT PARTNERS, INC., WILBUR F.
HAWKINS, SAMUEL L. SOCKWELL, CONNIE
GAIL SOCKWELL, W.A. SESLEY, ANNIE R.
SESLEY, CECIL ERIC LINCOLN, ONZIE O.
HORNE, JUR. and RALPH WAITE,
d/b/a INNER CARE RESIDENTIAL**                        **DEFENDANTS**

**AND**

**JWSA ASSOCIATED ARCHITECTS, LLC,
ACOUSTICS AND SPECIALTIES, INC.
SECURITY FIRE PROTECTION COMPANY, INC.
PYRAMID ELECTRIC, INC., WHITE
PLUMBING & MECHANICAL CONTRACTORS, INC.
ENVIRONMENTAL EVALUATION & CONTROL**            **INTERVENORS**

## ORDER ALLOWING INTERVENORS' TO WITHDRAW THEIR MOTION TO RECONSIDER ORDER DENYING PARTIAL SUMMARY JUDGMENT

This day this motion came on to be heard for an order allowing the intervenors to withdraw their motion to reconsider order denying partial summary judgment, and the Court having been advised and fully considered the same is of the opinion the relief sought should be granted.

Therefore, the motion is granted, and the intervenors' motion to reconsider order denying partial summary judgment is hereby withdrawn.

So ordered, this the 7th day of November, 2006.

                                                  /s/ W. Allen Pepper, Jr.
                                                W. ALLEN PEPPER, JR.
                                                UNITED STATES DISTRICT JUDGE

/s/ Briggs Smith
Briggs Smith (#7481)
Smith, Phillips Mitchell
Scott & Nowak, LLP
P.O. Drawer 1586
Batesville, MS 38606
(662)563-4613
(662)563-1546 (fax)
www.smithphillip.com