IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

TRANSCENDENT LIMITED PARTNERSHIP					PLAINTIFF

VERSUS								CIVIL ACTION NO. 4:05CV231-P-B

GREENBELT DEVELOPMENT PARTNERS,
INC., et al								DEFENDANTS

## ORDER

This cause is before the Court on the intervenors' Motion to Require Accounting from the Receiver, to Hold the Receiver in Contempt for Sanctions and to Assess Damages to the Receiver and Transcendent [160]. The Court, having reviewed the motion, the response, the briefs of the parties, the authorities cited and being otherwise fully advised in the premises, finds as follows, to-wit:

That the motion is not well-taken and should be denied.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the intervenors' Motion to Require Accounting from the Receiver, to Hold the Receiver in Contempt for Sanctions and to Assess Damages to the Receiver and Transcendent [160] is not well-taken and should be, and hereby is, DENIED.

SO ORDERED, this the 21st day of September, 2007.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE